UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Lawrence Davis**, <br>       Plaintiff, <br> v. <br><br> **State of California; Behavioral Systems Southwest, Inc.**; and Does 1-10, <br>       Defendants. | Case: 2:17-cv-06760-DSF-AS <br><br> **ORDER OF DISMISSAL FOR ENTIRE CASE ONLY** |

## **ORDER**

THE ENTIRE CASE is hereby ordered dismissed without prejudice.

Dated: _____  _____
                               HONORABLE DALE S. FISCHER
                               UNITED STATES DISTRICT COURT JUDGE